# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IDALIA M. RAMIREZ,       )<br>       Plaintiff(s)       )<br>                                              )<br>       v.                               )<br>                                              )<br>MICHAEL J. ASTRUE, Commissioner  )<br>of Social Security Administration,    )<br>       Defendant(s)       ) | CIVIL ACTION NO. 3:09-30070-MAP |

### JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** for the plaintiff Idalia M. Ramirez, against the defendant Michael J. Astrue, Commissioner of Social Security Administration, pursuant to the court's memorandum and order entered this date, granting plaintiff's motion and remanding this matter to the commissioner.

                                                              **SARAH A. THORNTON**,
                                                              CLERK OF COURT

Dated:  June 3, 2010                     By  /s/ *Maurice G. Lindsay*
                                                               Maurice G. Lindsay
                                                               Deputy Clerk

(Civil Judgment (SSA- Routine)  .wpd - 11/98)
       [jgm.]